1  Stephen K. Brunk, Esq. (Bar No. 53238)
   LAW OFFICES OF STEPHEN K. BRUNK
2  6098 La Jolla Mesa
   La Jolla, California 92037
3  Telephone: (619) 234-3300
   Fax: (619) 234-3331
4

5  Attorney for defendant AVCO Corporation

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 ANNE CROWE, Individually, and as Successor- )   **CASE NO.**
   in-Interest to JOSEPH CROWE, Deceased; and )
11 ANNE CROWE, JULIE SHIELDS, JOSEPH          )
   CROWE, III, and SEAN CROWE, as Legal Heirs )   **NOTICE OF REMOVAL OF ACTION**
12 of JOSEPH CROWE, Deceased,                 )   **UNDER 28 U.S.C. § 1442 (a)(1)**
                                              )   **[Federal Officer Removal Jurisdiction]**
13             Plaintiffs,                     )
                                              )
14 vs.                                        )
                                              )
15 ASBESTOS DEFENDANTS (BP) As Reflected      )
   on EXhibits B, C, H, and I; and DOES 1-8500. )
16                                            )
               Defendants.                     )
17                                            )
                                              )
18

19 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20        **PLEASE TAKE NOTICE** that defendant AVCO Corporation, served herein as Doe 5,

21 hereby removes to this Court the state court action described below.

22        1. On a date believed to be on or about October 29, 2002, an action was commenced

23 in the Superior Court of the State of California, County of San Francisco, entitled Joseph

24 Crowe, Jr. and Anne Crowe v. Asbestos Defendants (BHC), case no. 414146 (the "original

25 complaint'). A First Amended Complaint (the "amended complaint") in said action was filed on

26 or about July 2, 2003. In accordance with 28 U.S.C. § 1446 (a), copies of all the pleadings

27 and papers served upon defendant AVCO Corporation ("AVCO") are attached as Exhibit A.

28        2. Defendant AVCO was served in that case with the amended complaint on August

1  18, 2004 as Doe 5 through its registered agent for service of process in California. Copies of

2  the served summons and transmittal to defendant AVCO are attached as Exhibit B. This Notice

3  of Removal is therefore timely under 28 U.S.C. § 1446(b). Murphy Brothers, Inc. v. Michetti

4  Pipe Stringing, Inc., 526 U.S. 344 (1999).

5  **INTRADISTRICT ASSIGNMENT**

6  3. Venue of this removed action is proper pursuant to 28 U.S.C. § 1442 (a) because

7  this Court is the United States District Court for the district and division embracing the place

8  wherein the removed action was pending.

9  **UNDERLYING FACTS**

10  4. The original complaint was served on defendant Textron, Inc. ("Textron"), and its

11  named alternate entity "Textron **Lycoming**," on December 10, 2002 and was removed to this

12  Court, under 28 U.S.C. § 1442 (a)(1), by Textron on December 27, 2002 and assigned case

13  no. C02-5950 PJH. Defendant AVCO is a wholy owned subsidiary of Textron. By stipulation

14  of plaintiffs' counsel and Textron's counsel, defendant Textron and alternate entities **Lycoming**

15  Turbine Engine and Textron **Lycoming** Turbine Engine were dismissed by plaintiffs Joseph

16  Crowe and current plaintiff Anne Crowe with prejudice, and the matter was remanded to the

17  California Superior Court.

18  5. The amended complaint is an action for survival, loss of consortium, and wrongful

19  death arising out of the the alleged exposure of Joseph Crowe ("Mr. Crowe") to asbestos over

20  his 62 year lifetime. Exhibit A to the amended complaint details the circumstances of Mr.

21  Crowe's alleged exposure to asbestos. The only products manufactured by defendant AVCO

22  to which Mr. Crowe could have been exposed during his work history outlined in Exhibit A to

23  the amended complaint were aircraft engines supplied by Lycoming, a division of AVCO, to the

24  United States Air Force and United States Coast Guard while Mr. Crowe was a military

25  helicopter pilot. All of of those Lycoming aircraft engines were manufactured and delivered to

26  the United States, under the control and direction of Federal officers, pursuant to contracts and

27  specifications mandated by the United States.

28  / / /

## JURISDICTION

6. The federal officer removal statute, 28 U.S.C. § 1442 (a)(1), provides a basis for removal jurisdiction over this civil action because at all times and for all events relevant, defendant AVCO was an entity acting under an officer of the United States under color of such office. See, Winters v. Diamond Shamrock Chemical Co., 149 F.3d 387 (5th Cir. 1998), cert. denied, 526 U.S. 1034 (1999); Magnin v. Teledyne Continental Motors, 91 F.3d 1424 (11th Cir. 1996); Lopez v. Three Rivers Elec. Co-op, 166 F.R.D. 411, 412 (E.D. Mo. 1996); Jones v. Three Rivers Elec. Co-op, 166 F.R.D. 413, 414 (E.D. Mo. 1996). Furthermore, § 1442(a) authorizes such a removal without the consent of any other defendant. See, Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co., 64 F.2d 1310, 1315 (9th Cir. 1981)("federal officer...can remove without other defendants joining in the petition, and the entire case is removed to the federal court.")

## GROUNDS FOR REMOVAL

7. During all times mentioned by plaintiffs in their complaint when Mr. Crowe was allegedly exposed to asbestos while serving in the military as a helicopter pilot, the only products designed and manufactured by AVCO to which Mr. Crowe could have been exposed were products manufactured and delivered under contract with the United States government and pursuant to precise military specifications over which the United States, and its officer/employees, had control. Those specifications called out every design detail and controlled the design and manufacture of those military products. Consequently, AVCO was "acting under" an officer of the United States when it designed and manufactured the military aircraft engines in question. Those actions of defendant AVCO, then, are inseparable from the pervasive government specifications, regulations, and oversight, and a clear nexus exists between AVCO's actions at the direction of the government and plaintiffs' claims for relief in the removed action.

8. AVCO's answer, being filed separately and contemporaneously with the Notice of Removal, sets out, as its Second Affirmative Defense, the "government contractor defense," articulated by the United States Supreme Court in Boyle v. United Technologies, Inc., 487 U.S.

1 | 500 (1988) and the cases that have followed it, including Kerstetter v. Pacific Scientific Co.,

2 | 210 F.3d 431 (5th Cir. 2000), Tate v. Boeing Helicopters, 140 F.3d 654 (6th Cir. 1998), Tate

3 | v. Boeing Helicopters, 55 F.3d 1150 (6th Cir. 1995), Harduvel v. General Dynamics Corp., 878

4 | F.2d 1311 (11th Cir. 1989), and Ramey v. Martin Baker Aircraft Co., 874 F.2d 946 (4th Cir.

5 | 1989). That defense is based upon the fact that it was the United States that controlled and

6 | approved the design of the military products at issue. Defendant AVCO, then, has a "colorable"

7 | defense under Federal law related its claim of immunity to civil prosecution for actions that it

8 | was directed to take by Officers of the United States.

9 | **NOTICE GIVEN**

10 | 9. Pursuant to 28 U.S.C. § 1446(d), defendant AVCO is serving this Notice of

11 | Removal on counsel for the plaintiffs in the amended complaint and Designated Defense

12 | Counsel in the state court action and is filing a copy of this Notice with the Clerk of the

13 | Superior Court for the County of San Francisco.

14 |

15 | Dated: 9/16/04

16 | Stephen K. Brunk, attorney for
defendant AVCO Corporation

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

EXHIBIT A

1   DAVID R. DONADIO, ESQ., S.B. #154436
    BRAYTON✥PURCELL
2   Attorneys at Law
    222 Rush Landing Road
3   P.O. Box 6169
    Novato, California 94948-6169
4   (415) 898-1555

5   Attorneys for Plaintiffs

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                     COUNTY OF SAN FRANCISCO

10

11  ANNE CROWE, Individually, and as          )   No. 414146
    Successor-in-Interest to JOSEPH CROWE,     )
12  Deceased; and ANNE CROWE, JULIE            )   AMENDMENT TO COMPLAINT
    SHIELDS, JOSEPH CROWE, III, and            )
13  SEAN CROWE, as Legal Heirs of              )
    JOSEPH CROWE, Deceased,                    )   [C.C.P. Section 474]
14                                             )
                    Plaintiffs,                )
15                                             )
    vs.                                        )
16                                             )
    ASBESTOS DEFENDANTS (BHC)                  )
17

18          Plaintiffs amend the complaint in this action as follows:

19          Plaintiffs have learned the true names of the defendants designated in the complaint as

20  fictitious DOES as set forth below:

21  TRUE NAME                                                      FICTITIOUS NAME

22  ROLLS-ROYCE, PLC                                                    DOE 3
    ALTERNATE ENTITES:
23          ALLISON ENGINE COMPANY, INC.

24
    KAMAN INDUSTRIAL TECHNOLOGIES CORPORATION                         DOE 4
25  ALTERNATE ENTITES:
            KAMAN BEARING AND SUPPLY CORP. CALIFORNIA
26          KAMAN AIRCRAFT BEARING CORPORATION
            WINN SUPPLY COMPANY
27

28  ///

    K:\Injured\25884\Doe-3-10.wpd                    1
    AMENDMENT TO COMPLAINT

    A-1

1  | AVCO CORPORATION | DOE 5

2

3  | CURTISS-WRIGHT CORPORATION | DOE 6
   ALTERNATE ENTITES:
4      WRIGHT AERONAUTICAL
       WRIGHT AERO
5      CURTIS AIRCRAFT

6  | RAYTHEON COMPANY | DOE 7
7  ALTERNATE ENTITES:
       HUGHES AIRCRAFT COMPANY
8      RAYTHEON SYSTEMS - SOUTH CAROLINA
       HUGHES AIRCRAFT - SOUTH CAROLINA
9      BEECH AIRCRAFT CORPORATION
       KENLES ENGINEERS AND CONSTRUCTORS, INC.
10     WOLDER ENGINEERS AND CONSTRUCTORS, INC.
       WOLDER ENGINEERING CORPORATION
11     JACOBS ENGINEERING
       ESICORP, INC.
12     ENSERCH CORPORATION
       EBASCO SERVICES INCORPORATED   E & L ASSOCIATES
13     EHRHART & LESTER ASSOCIATES

14 | BOEING COMPANY, THE | DOE 8
15 ALTERNATE ENTITES:
       BOEING NORTH AMERICAN, INC.
16     McDONNELL DOUGLAS CORPORATION
       DOUGLAS AIRCRAFT CO.
17     COLLINS RADIO COMPANY
       ROCKWELL INTERNATIONAL CORPORATION
18     ROCKWELL INTERNATIONAL CORPORATION,
         MEASUREMENT  AND FLOW CONTROL DIVISION
19     AUTONETICS, INC.
       ROCKETDYNE
20     ROCKWELL MANUFACTURING COMPANY
       ROCKWELL-STANDARD, INC.
21     ROCKWELL SPRING & AXLE CO.
       ROCKWELL SPRING & AXLE CO.,
22       TIMKEN-DETROIT AXEL DIVISION
       NORTH AMERICAN ROCKWELL
23     NORTH AMERICAN AVIATION, INC.
       NAVION
24     VERTOL CORPORATION
       BOEING VERTOL COMPANY
25     BOEING AIRPLANE COMPANY

26 | CONTINENTAL | DOE 9

27

28 ///

2

A-2

FRANKLIN ENGINES                                                          DOE 10

Plaintiffs hereby substitute such true names for the fictitious names as set forth above

wherever said names appear in the complaint.

Dated: 7|29|67                              BRAYTON✦PURCELL

                                            By: _____
                                                David R. Donadio
                                                Attorneys for Plaintiffs

K:\Injured\23884\Doe-3-10.wpd
AMENDMENT TO COMPLAINT                          3

                                                                    A-3

—UNLESS YOU ARE APPLYING . JR A DEFAULT JUDGMENT UNDER CUJE OF CIVIL PROCEDURE § 585—

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| David R. Donadio, Esq., S.B. #154436 | (415) 898-1555 | |
| BRAYTON ◇PURCELL | FAX NO. | |
| 222 Rush Landing Road, P.O. Box 6169 | (415) 898-1247 | |
| Novato, California 94948-6169 | | |
| ATTORNEY FOR (name): Plaintiffs | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE San Francisco, CA 94102
BRANCH NAME

PLAINTIFF: ANNE CROWE, et al.
DEFENDANT: ASBESTOS DEFENDANTS (B◇P)

| STATEMENT OF DAMAGES | CASE NUMBER |
|---|---|
| (Personal Injury or Wrongful Death) | 414146 |

To (name of one defendant only): AVCO CORPORATION
Plaintiff (name of one plaintiff only): ANNE CROWE
seeks damages in the above-entitled action, as follows:

AMOUNT

### 1 General damages

| | | AMOUNT |
|---|---|---|
| a. ☐ | Pain, suffering, and inconvenience .................................................... | $ |
| b. ☐ | Emotional distress ...................................................... | $ |
| c. ☒ | Loss of consortium ...................................................... | $ 500,000.00 |
| d. ☐ | Loss of society and companionship (wrongful death actions only) ...................... | $ |
| e. ☐ | Other (specify) ...................................................... | $ |
| f. ☐ | Other (specify) ...................................................... | $ |
| g. ☐ | Continued on Attachment 1.g. | |

### 2. Special damages

| | | |
|---|---|---|
| a. ☐ | Medical expenses (to date) ...................................................... | $ |
| b. ☐ | Future medical expenses (present value) ...................................................... | $ |
| c. ☐ | Loss of earnings (to date) ...................................................... | $ |
| d. ☐ | Loss of future earning capacity (present value) ...................................................... | $ |
| e. ☐ | Property damage ...................................................... | $ |
| f. ☐ | Funeral expenses (wrongful death actions only) ...................................................... | $ |
| g. ☐ | Future contributions (present value) (wrongful death actions only) ...................... | $ |
| h. ☐ | Value of personal service, advice, or training (wrongful death actions only) ................ | $ |
| i. ☐ | Other (specify) ...................................................... | $ |
| j. ☐ | Other (specify) ...................................................... | $ |
| k. ☐ | Continued on Attachment 2.k. | |

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) . . $ 5,000,000.00
when pursuing a judgment in the suit filed against you.

Date: AUG 0 9 2004

............David R. Donadio............
(TYPE OR PRINT NAME)

/s/ David R. Donadio

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted by Rule 982
Judicial Council of California
982(a)(24) [New January 1, 1997]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
IC Forms for HotDocs ™


A-4

*DO NOT FILE WITH THE COURT*
—UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585—

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): David R. Donadio, Esq., S.B. #154436 BRAYTON ◇PURCELL 222 Rush Landing Road, P.O. Box 6169 Novato, California 94948-6169 ATTORNEY FOR (Name) Plaintiffs | TELEPHONE NO. (415) 898-1555 FAX NO. (415) 898-1247 | FOR COURT USE ONLY |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS 400 McAllister Street
MAILING ADDRESS
CITY AND ZIP CODE San Francisco, CA 94102
BRANCH NAME

PLAINTIFF: ANNE CROWE, et al.
DEFENDANT: ASBESTOS DEFENDANTS (B◇P)

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 414146 |
|---|---|

To (name of one defendant only): AVCO CORPORATION
Plaintiff (name of one plaintiff only): JULIE SHIELDS
seeks damages in the above-entitled action, as follows:

1. General damages                                                                  AMOUNT

a. ☐ Pain, suffering, and inconvenience .......................................... $ _____

b. ☐ Emotional distress ................................................................ $ _____

c. ☐ Loss of consortium .............................................................. $ _____

d. ☒ Loss of society and companionship (wrongful death actions only) ........... $ 200,000.00

e. ☐ Other (specify) .................................................................. $ _____

f. ☐ Other (specify) .................................................................. $ _____

g. ☐ Continued on Attachment 1.g.

2. Special damages

a. ☐ Medical expenses (to date) ...................................................... $ _____

b. ☐ Future medical expenses (present value) ....................................... $ _____

c. ☐ Loss of earnings (to date) ...................................................... $ _____

d. ☐ Loss of future earning capacity (present value) ............................... $ _____

e. ☐ Property damage ................................................................. $ _____

f. ☐ Funeral expenses (wrongful death actions only) ................................ $ _____

g. ☒ Future contributions (present value) (wrongful death actions only) ........... $ 200,000.00

h. ☒ Value of personal service, advice, or training (wrongful death actions only) . $ 200,000.00

i. ☐ Other (specify) .................................................................. $ _____

j. ☐ Other (specify) .................................................................. $ _____

k. ☐ Continued on Attachment 2.k.

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) . . $ 1,000,000.00
when pursuing a judgment in the suit filed against you.

Date:

AUG 0 9 2004

.............. David R. Donadio ..............                    /s/ David R. Don..
(TYPE OR PRINT NAME)                                             (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)
(Proof of service on reverse)

Form Adopted by Rule 982
Judicial Council of California
982(a)(24) [New January 1, 1997]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
JC Forms for HotDocs ™

A-5



*—UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585—*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): David R. Donadio, Esq., S.B. #154436 BRAYTON <> PURCELL 222 Rush Landing Road, P.O. Box 6169 Novato, California 94948-6169 ATTORNEY FOR (name): Plaintiffs | TELEPHONE NO.: (415) 898-1555 FAX NO.: (415) 898-1247 | FOR COURT USE ONLY |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: ANNE CROWE, et al.
DEFENDANT: ASBESTOS DEFENDANTS (B<>P)

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 414146 |
|---|---|

To (name of one defendant only): AVCO CORPORATION
Plaintiff (name of one plaintiff only): JOSEPH CROWE, III
seeks damages in the above-entitled action, as follows:

**1. General damages**

AMOUNT

a. ☐ Pain, suffering, and inconvenience ............................................................. $ _____

b. ☐ Emotional distress ............................................................. $ _____

c. ☐ Loss of consortium ............................................................. $ _____

d. ☒ Loss of society and companionship (wrongful death actions only) ........................ $ 200,000.00

e. ☐ Other (specify) ............................................................. $ _____

f. ☐ Other (specify) ............................................................. $ _____

g. ☐ Continued on Attachment 1.g.

**2. Special damages**

a. ☐ Medical expenses (to date) ............................................................. $ _____

b. ☐ Future medical expenses (present value) ............................................... $ _____

c. ☐ Loss of earnings (to date) ............................................................. $ _____

d. ☐ Loss of future earning capacity (present value) ........................................ $ _____

e. ☐ Property damage ............................................................. $ _____

f. ☐ Funeral expenses (wrongful death actions only) ........................................ $ _____

g. ☒ Future contributions (present value) (wrongful death actions only) ..................... $ 200,000.00

h. ☒ Value of personal service, advice, or training (wrongful death actions only) ........... $ 200,000.00

i. ☐ Other (specify) ............................................................. $ _____

j. ☐ Other (specify) ............................................................. $ _____

k. ☐ Continued on Attachment 2.k.

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) . . $ 1,000,000.00
when pursuing a judgment in the suit filed against you.

Date:

AUG 0 9 2004

.............. David R. Donadio ..............
(TYPE OR PRINT NAME)

/s/ David R. Donadio
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted by Rule 982
Judicial Council of California
982(a)(24) [New January 1, 1997]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)



Code of Civil Procedure, §§ 425.11, 425.115
JC Forms for FlatDocs ™

DO NOT FILE WITH THE COURT

—UNLESS YOU ARE APPLYING OR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585—

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| David R. Donadio, Esq., S.B. #154436<br>BRAYTON ◇ PURCELL<br>222 Rush Landing Road, P.O. Box 6169<br>Novato, California 94948-6169 | (415) 898-1555<br>FAX NO.<br>(415) 898-1247 | |

ATTORNEY FOR (name): Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

STREET ADDRESS: 400 McAllister Street

MAILING ADDRESS:

CITY AND ZIP CODE: San Francisco, CA 94102

BRANCH NAME:

PLAINTIFF: ANNE CROWE, et al.

DEFENDANT: ASBESTOS DEFENDANTS (B◇P)

| STATEMENT OF DAMAGES | CASE NUMBER |
|---|---|
| (Personal Injury or Wrongful Death) | 414146 |

To (name of one defendant only): AVCO CORPORATION

Plaintiff (name of one plaintiff only): SEAN CROWE

seeks damages in the above-entitled action, as follows:

**1. General damages**          AMOUNT

a. ☐ Pain, suffering, and inconvenience ............................................ $ _____

b. ☐ Emotional distress ............................................................ $ _____

c. ☐ Loss of consortium ........................................................... $ _____

d. ☒ Loss of society and companionship (wrongful death actions only) ............ $ 200,000.00

e. ☐ Other (specify) .............................................................. $ _____

f. ☐ Other (specify) .............................................................. $ _____

g. ☐ Continued on Attachment 1.g.

**2. Special damages**

a. ☐ Medical expenses (to date) .................................................. $ _____

b. ☐ Future medical expenses (present value) ..................................... $ _____

c. ☐ Loss of earnings (to date) .................................................. $ _____

d. ☐ Loss of future earning capacity (present value) ............................. $ _____

e. ☐ Property damage ............................................................. $ _____

f. ☐ Funeral expenses (wrongful death actions only) .............................. $ _____

g. ☒ Future contributions (present value) (wrongful death actions only) .......... $ 200,000.00

h. ☒ Value of personal service, advice, or training (wrongful death actions only) $ 200,000.00

i. ☐ Other (specify) ............................................................. $ _____

j. ☐ Other (specify) ............................................................. $ _____

k. ☐ Continued on Attachment 2.k.

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify) . . $ 1,000,000.00
when pursuing a judgment in the suit filed against you.

Date: AUG 0 9 2004

David R. Donadio        /s/ David R. Donadio
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted by Rule 982<br>Judicial Council of California<br>982(a)(24) [Now January 1, 1997]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

A-7

Code of Civil Procedure, §§ 425.11, 425.115<br>JC Forms for HotDocs ™

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | |
|---|---|---|
| DAVID R. DONADIO, ESQ., STATE BAR NO. 154436 BRAYTON*PURCELL 222 Rush Landing Road Novato, California 94948-6169 Attorney for *(Name)*: Plaintiff(s) | (415) 898-1555 | |

INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY:
SAN FRANCISCO SUPERIOR COURT
400 McAllister Street
San Francisco, CA 94102

CASE NAME:
JOSEPH CROWE, JR., and ANNE CROWE vs. ASBESTOS DEFENDANTS (BHC)

| CIVIL COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Limited ☒ Unlimited | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal.Rules of Court, rule 1811) Please complete all five (5) items below. | Assigned Judge: **414146** |

1. Check one box below of the case type that best describes this case:

Auto Tort
☐ Auto (22)

Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort
☒ Asbestos (04)
☐ Product Liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

Non-PI/PD/WD (Other) Tort
☐ Business tort/unfair business practice (07)
☐ Civil rights (e.g. discrimination, false arrest) (08)
☐ Defamation (e.g. slander, libel) (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (e.g. legal malpractice) (25)
☐ Other non-PI/PD/WD tort (35)
☐ Employment
☐ Wrongful termination (36)

☐ Other employment (15)

Contract
☐ Breach of contract/warranty (06)
☐ Collections (e.g. money owed, open book account(s)) (09)
☐ Insurance coverage (18)
☐ Other contract (37)

Real Property
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (e.g. quiet title) (26)

Unlawful Detainer
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

Judicial Review
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)

☐ Writ of mandate (02)
☐ Other judicial review (39)

Provisionally Complex Civil Litigation
(Cal.Rules of Court, rules 1800-1812)
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Claims involving mass tort (40)
☐ Securities litigation (28)
☐ Toxic tort/Environmental (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

Enforcement of Judgment
☐ Enforcement of judgment (e.g. sister state, foreign, out-of-county abstract) (20)

Miscellaneous Civil Complaint
☐ RICO (27)
☐ Other complaint (not specified above) (42)

Miscellaneous Civil Petition
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☒ is ☐ is not complex under rule 1800 of the California Rules of Court. If case is complex, mark the factors requiring exceptional judicial management:
a. ☒ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination and related actions pending in one or more courts in other counties, states or countries, or in a federal court
f. ☐ Substantial post-disposition judicial supervision

3. Type of remedies sought (check all that apply):
a. ☒ Monetary b. ☐ Nonmonetary; declaratory or injunctive relief c. ☒ Punitive

4. Number of causes of action (specify): 7

5. This case ☐ is ☒ is not a class action suit.

Date: [handwritten]
David R. Donadio
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

NOTICE
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal.Rules of court, rule 982.2.)
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a complex case, this cover sheet shall be used for statistical purposes only.

| Form Adopted for Mandatory Use Judicial Council of California 982.04(CM)Rev. January 1, 2000 | CIVIL CASE COVER SHEET | Cal.Rules of Court, rule 982.2, 1800-1812 Standards of Judicial Administration, §19 |

A-8

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON✧PURCELL
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato CA 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiffs

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF SAN FRANCISCO

10  ANNE CROWE, Individually, and as          )  No. 414146
    Successor-in-Interest to JOSEPH CROWE,     )
11  Deceased; and ANNE CROWE, JULIE            )
    SHIELDS, JOSEPH CROWE, III, and            )
12  SEAN CROWE, as Legal Heirs of              )  FIRST AMENDED COMPLAINT FOR
    JOSEPH CROWE, Deceased,                    )  SURVIVAL, LOSS OF CONSORTIUM,
13                                             )  WRONGFUL DEATH - ASBESTOS
                  Plaintiffs,                  )
14  vs.                                        )

15  ASBESTOS DEFENDANTS (B✧P)                  )
    As Reflected on Exhibits B, C, H and       )
16  I; and DOES 1-8500.                        )

17

18       1.      JOSEPH CROWE (hereinafter and in the Complaint referred to as "decedent")

19  died on February 22, 2003.

20       2.      ANNE CROWE is the Successor-in-Interest to decedent.

21       3.      The heirs-at-law of decedent and their relationships to the decedent are:

22  NAME                    AGE              RELATIONSHIP TO DECEDENT
    ANNE CROWE              62               Spouse
23  JULIE SHIELDS           Over 18          Daughter
    JOSEPH CROWE, III       Over 18          Son
24  SEAN CROWE              Over 18          Son

25       4.      Plaintiffs bring this action as specified in Section 377.60 of the Code of Civil

26  Procedure as decedent's legal heirs.

27       5.      Decedent's asbestos-related injury, date of diagnosis, employment status, and

28  history of exposure to asbestos are as stated on Exhibit A.

FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH -
ASBESTOS

A-9

1    6.    At all times prior to his death, decedent was a faithful and dutiful spouse to

2    plaintiff ANNE CROWE and parent to plaintiff children.

3    7.    Plaintiffs' claims are as set forth in ©Brayton❖Purcell Master Complaint for

4    [Survival] [Loss of Consortium] Wrongful Death (hereinafter "Master Complaint") - Asbestos

5    No. 828684 filed March 3, 2003, in San Francisco Superior Court. A copy of the Master

6    Complaint and General Order No. 55 may be obtained upon request from Brayton❖Purcell, and

7    designated portions of the Master Complaint are incorporated by reference herein pursuant to the

8    authority conferred by General Order No. 55. Plaintiff's claims are as set forth in said Master

9    Complaint against defendants herein as follows:

10   ///

11   ///

12   ///

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH - ASBESTOS

A-10

A-4

| Cause of Action | B | B-1 | C | D | DEFENDANTS* ON EXHIBITS: E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First (Negligence-Survival) | ⊠ | □ | | □ | □ | □ | | | | | □ | □ | □ |
| Second (Products Liability-Survival) | ⊠ | □ | | | | | □ | | | | □ | □ | |
| Third (False Representation) | ⊠ | □ | | | | | □ | | | | | | |
| Fourth (Loss of Consortium) | ⊠ | ⊠ | □ | □ | □ | □ | □ | ⊠ | ⊠ | □ | □ | □ | □ |
| Negligence-gful Death | ⊠ | □ | | □ | □ | □ | | | | | □ | □ | □ |
| Sixth (Products Liability-Wrongful Death) | ⊠ | □ | | | | | □ | | | | □ | □ | |
| Seventh (Premises Owner/Contractor Liability) | | □ | ⊠ | | | | | | | | | | |
| Eighth, Ninth, Tenth (Unseaworthiness, Negligence [Jones Act],Maintenance and Cure) | | | | □ | | | | | | | | | |
| Eleventh (Longshore and Harbor Workers Compensation Act [LHWCA]) | | | | □ | | | | | | | | | |
| Twelfth, Thirteenth (F.E.L.A.) | | | | | □ | | | | | | | | |
| Fourteenth, Fifteenth (Respiratory Safety Devices) | | | | | | □ | | | | | | | |
| Sixteen, Seventeenth (Brake Shoe Grinding) | | | | | | □ | | | | | | | |
| Eighteenth (Concert of Action) | | | | | | | ⊠ | | | | | | |
| Nineteenth, Eighteenth (Fraud, Deceit/Negligent Misrepresentation) | | | | | | | | ⊠ | | | | | |
| Twentieth (Fraud and Deceit/Concealment) | | | | | | | | □ | | | | | |
| Twenty-First (Fraud and Deceit/Intentional Misrepresentation) | | | | | | | | | | □ | | | |
| Twenty-Second (Fraud/Deceit - Kent) | | | | | | | | | | | □ | | |

*and their alternate entities as set forth in the Master Complaint or on any Exhibit

1    8.    The Federal Courts lack subject matter jurisdiction over this action, as there is

2   no federal question and incomplete diversity of citizenship due to the presence of a California

3   defendant. Removal is improper. Every claim arising under the Constitution, treaties, or laws

4   of the United States is expressly disclaimed (including any claim arising from an act or

5   omission on a federal enclave, or of any officer of the U.S. or any agency or person acting under

6   him occurring under color of such office). No claim of admiralty or maritime law is raised.

7   Plaintiffs sue no foreign state or agency. Venue is proper in San Francisco County Superior

8   Court.

9    9.    Date of Marriage: November 27, 1964.

10   Dated: C.16.15                          BRAYTON◆PURCELL

11

12                                     By: _____
                                          David R. Donadio
13                                        Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR SURVIVAL LOSS OF CONSORTIUM, WRONGFUL DEATH
ASBESTOS

A-12

## EXHIBIT A

Decedent's exposure to asbestos and asbestos-containing products occurred at various

locations both inside and outside the State of California, including but not limited to:

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Coast Guard | U.S. Coast Guard Academy, New London, CT<br>• Barracks 3 and 4;<br>CGC EAGLE (AM-132); CGC CASCO (AVP-12); CGC ABSECON (AVP-23); CGC ROCKAWAY (AVP-29); CGC YAKUTAT (AVP-32) | Cadet | 1958-1962 |
| | Curtis Bay Yard, Baltimore, MD; CGC CONIFER(WLB-301) | Trainee | 1962 (mid-summer) -1964 |
| | Naval Air Station, Pensacola, FL<br>• Mainside<br>• Sherman Field<br>• Ellyson Field;<br>Naval Air Station, Whiting Field, Milton, FL | Trainee | 1964-1965 |
| | U.S. Coast Guard Air Station, San Francisco, CA (Berthing Facility)<br>• Building F | Helicopter Pilot | 1965-1968 |
| | U.S. Air Force, Da Nang Air Force Base, Da Nang, Vietnam | Helicopter Pilot | 1971-1972 |
| | Coast Guard Air Station, Cape Cod, MA | Helicopter Pilot | 1972-1976; 1986-1988 |

EXHIBIT \

FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH - ASBESTOS

A-13

EXHIBIT A (Continued)

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Coast Guard (cont'd) | U.S. Coast Guard, Annette, AK | Helicopter Pilot | 1977-1978 |
| | U.S. Coast Guard, Port Angeles, WA | Helicopter Pilot | 1981-1983 |
| | U.S. Coast Guard, various locations including, but not limited to: U.S. Air Force, Pope AFB, Fort Bragg, NC; Portsmouth Naval Shipyard, Portsmouth, VA; Naval Air Station, Key West, FL; U.S. Coast Guard, South America | Helicopter Pilot | 1983-1986 |
| | 11° Coast Guard District, Long Beach, CA | Managing Director | 1988-1990 |
| Peninsula Community College, Port Angeles, WA | Peninsula Community College, Port Angeles, WA | Teacher | 1990-1992 |
| Joseph Crowe, Jr. | Joseph Crowe, Jr., various locations, Port Angeles, WA | Consultant | 1992 |
| Joseph Crowe, Jr. | Joseph Crowe, Jr., various locations, Port Angeles, WA | Arbitrator | 1992-2002 |
| Joseph Crowe, Jr., Amway Corp. | Joseph Crowe, Jr., Amway Corp., various locations, Port Angeles, WA | Salesman | 1992 or 1993-2002 |
| H & R Block, Port Angeles, WA | H & R Block, Port Angeles, WA | Teacher | 1995-2002 |

NON-OCCUPATIONAL EXPOSURE:

Decedent recalled performing brake work on automobiles on approximately one or two occasions during the late 1950s or early 1960s. Plaintiff currently contends that the decedent was exposed to asbestos while performing this work.

EXHIBIT A

E:\Injury\CREE\CMP-1AMD\WDBLC.wpd

6.

FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH - ASBESTOS

A-14

EXHIBIT A (Continued)

Decedent's exposure to asbestos and asbestos-containing products caused severe and permanent injury to the decedent, including, but not limited to breathing difficulties, asbestosis, lung and/or other cancer, mesothelioma, and/or other lung damage. Decedent was diagnosed with mesothelioma on or about July 25, 2002.

Decedent retired from his last place of employment at regular retirement age. He had therefore suffered no disability from his asbestos-related disease as "disability" is defined in California Code of Civil Procedure §340.2.

EXH...

S:\injury\JEBB\CMP-1AMD-WDBLC-wpd
FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH
ASBESTOS

7

A-15

EXHIBIT B

2  DEFENDANTS

| | |
|---|---|
| ASBESTOS CORPORATION LIMITED | BRIDGESTONE/FIRESTONE NORTH |
| BELL ASBESTOS MINES LTD. | AMERICAN TIRE, LLC |
| THOMAS DEE ENGINEERING CO., INC. | GENERAL MOTORS CORPORATION |
| FOSTER WHEELER CORPORATION | LEAR-SIEGLER DIVERSIFIED HOLDINGS CORP. |
| GARLOCK SEALING TECHNOLOGIES, LLC | MAREMONT CORPORATION |
| MACARTHUR COMPANY | STUART-WESTERN, INC. |
| OWENS-ILLINOIS, INC. | PARKER-HANNIFIN CORPORATION |
| PLANT INSULATION COMPANY | STANDARD MOTOR PRODUCTS, INC. |
| QUINTEC INDUSTRIES, INC. | MORTON INTERNATIONAL, INC. |
| RAPID-AMERICAN CORPORATION | GATKE CORPORATION |
| THORPE INSULATION COMPANY | BRASSBESTOS BRAKE LINING COMPANY |
| WESTERN MACARTHUR COMPANY | H. KRASNE MANUFACTURING COMPANY |
| WESTERN ASBESTOS COMPANY | RITESET MANUFACTURING COMPANY |
| PNEUMO ABEX CORPORATION | AUTO SPECIALTIES, INC. |
| HONEYWELL INTERNATIONAL, INC. | METALCLAD INSULATION CORPORATION |
| BUDD COMPANY, THE | AIRCRAFT BRAKING SYSTEMS CORPORATION |
| DAIMLERCHRYSLER CORPORATION | LOCKHEED MARTIN TACTICAL SYSTEMS, INC. |
| DANA CORPORATION | GOODRICH CORPORATION |
| FORD MOTOR COMPANY | NORTHROP GRUMMAN CORPORATION |
| | C.C. MOORE & CO. ENGINEERS |

ALTERNATE ENTITY

| | |
|---|---|
| FORD MOTOR COMPANY | BRITISH LEYLAND MOTORS, INC. |
| | BRITISH MOTOR CORPORATION |
| | JAGUAR CARS, INC. |
| | TRIUMPH |
| | LINCOLN CONTINENTAL |
| | AUSTIN HEALEY |
| GENERAL MOTORS CORPORATION | NEW DEPARTURE |
| | CHEVROLET |
| | A.C. DELCO CO. |
| | CADILLAC |
| | PONTIAC |
| | LaSALLE |
| | OLDSMOBILE |
| | GM GOODWRENCH |

EXHIBIT C

| CONTRACTOR DEFENDANTS | LOCATION | TIME PERIOD |
|---|---|---|
| PLANT INSULATION COMPANY | Various | Various |
| THORPE INSULATION COMPANY | Various | Various |
| WESTERN MACARTHUR COMPANY / MACARTHUR COMPANY /WESTERN ASBESTOS COMPANY | Various | Various |

EXHIBITS B, C

A-16

1                                     EXHIBIT H

2   DEFENDANTS

| 3 | METROPOLITAN LIFE INSURANCE COMPANY | H. KRASNE MANUFACTURING COMPANY |
|---|---|---|
| | PNEUMO ABEX CORPORATION | AUTO SPECIALTIES MANUFACTURING COMPANY |
| 4 | BURNS INTERNATIONAL SERVICES | STUART-WESTERN, INC. |
| | CORPORATION (fka BORG-WARNER | RITESET MANUFACTURING COMPANY |
| 5 | AUTOMOTIVE, INC.) | ASBESTOS MANUFACTURING COMPANY |
| | HONEYWELL INTERNATIONAL, INC. (successor-in- | FIBRE & METAL PRODUCTS COMPANY |
| 6 | interest to ALLIEDSIGNAL, INC.) | LASCO BRAKE PRODUCTS |
| | THE BUDD COMPANY | L.J. MILEY COMPANY |
| 7 | DAIMLERCHRYSLER CORPORATION | ROSSENDALE-RUBOIL COMPANY |
| | DANA CORPORATION | SOUTHERN FRICTION MATERIALS COMPANY |
| 8 | FORD MOTOR COMPANY | U.S. SPRING & BUMPER COMPANY |
| | GENERAL MOTORS CORPORATION | AUTO FRICTION CORPORATION |
| 9 | BRIDGESTONE/FIRESTONE | EMSCO ASBESTOS COMPANY |
| | NORTH AMERICAN TIRE, LLC | FORCEE MANUFACTURING CORPORATION |
| 10 | LEAR-SIEGLER DIVERSIFIED | MOLDED INDUSTRIAL FRICTION CORPORATION |
| | HOLDINGS CORP. | NATIONAL TRANSPORT SUPPLY, INC. |
| 11 | MAREMONT CORPORATION | SILVER LINE PRODUCTS, INC. |
| | MORTON INTERNATIONAL, INC. | STANDCO, INC. |
| 12 | PARKER-HANNIFIN CORPORATION | UNIVERSAL FRICTION MATERIALS COMPANY |
| | STANDARD MOTOR PRODUCTS, INC. | WHEELING BRAKE BLOCK MANUFACTURING |
| 13 | GATKE CORPORATION | COMPANY |
| | GARLOCK SEALING TECHNOLOGIES, LLC | BELL ASBESTOS MINES LTD. |
| 14 | BRASSBESTOS BRAKE LINING COMPANY | OWENS-ILLINOIS, INC. |

15                                  ALTERNATE ENTITY

16   SILVER LINE PRODUCTS, INC.         SILVER LINE BRAKE CORP.

17                               SILVER-LINE BRAKE LINING CORP.

18                                      EXHIBIT I

19   DEFENDANTS

20   METROPOLITAN LIFE INSURANCE COMPANY
       OWENS-ILLINOIS, INC.

21   PNEUMO ABEX CORPORATION
       GATKE CORPORATION

22   GARLOCK SEALING TECHNOLOGIES, LLC
       AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.

23   UNDERWRITERS LABORATORIES, INC.

24

25

26

27

28                                              EXHIBITS H, I

                                              9

E:\Volume\Jim\Comp\Jame\WDGLC.wpd
FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH - ASBESTOS

A-17

1  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON ✦ PURCELL
2  Attorneys at Law
   222 Rush Landing Road
3  P.O. Box 6169
   Novato, California 94948-6169
4  (415) 898-1555

5  Attorneys for Plaintiffs

6

7

ENDORSED
F I L E D
San Francisco County Superior Court

JUL  0 2 2003

GORDON PARK-LI, Clerk
BY: _____
             Deputy Clerk

8                    SUPERIOR COURT OF CALIFORNIA

9                       COUNTY OF SAN FRANCISCO

10  JOSEPH CROWE, JR., and                     No. 414146
    ANNE CROWE,
11
                Plaintiffs,                    ORDER APPOINTING ANNE CROWE
12                                             AS SUCCESSOR-IN-INTEREST TO, AND
    vs.                                        SUBSTITUTE SUCCESSOR-IN-
13                                             INTEREST FOR, DECEASED PLAINTIFF
    ASBESTOS DEFENDANTS (BHC).                 AND GRANTING LEAVE TO FILE
14                                             FIRST AMENDED COMPLAINT

15                                             Date:  July 2, 2003
                                               Time:  9:30 a.m.
16                                             Room:  302, Judge Quidachay
                                               Trial Date:  N/A
17                                             Filing Date: October 29, 2002

18        Plaintiff's Motion for an Order appointing ANNE CROWE, as decedent's successor-in-

19  interest, for JOSEPH CROWE, JR., deceased, and substituting her for deceased plaintiff, and to file

20  a First Amended Complaint, came on regularly for hearing by the court on July 2, 2003, in

21  Room 302. The court having reviewed the moving [and opposing] papers filed herein, [and after

22  oral argument], and good cause appearing,

23        IT IS ORDERED that the motion to substitute ANNE CROWE as successor-in-interest of

24  decedent as plaintiff in his place and stead, and to file a First Amended Complaint, is granted;

25  and the First Amended Complaint is deemed served on all defendants previously appeared

26  herein, as of the date of the granting of the motion to amend.
                                               DONALD S. MITCHELL
27  Dated: _____ JUL  0 2 2003               _____
                                               Judge of the Superior Court
28

K:\INJURED\18350\ORD-MTN-SS.wtd

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

BRAYTON✦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

A -18

1    PROOF OF SERVICE BY MAIL

2

3    I am employed in the County of Marin, State of California. I am over the age of 18
     years and am not a party to the within action. My business address is 222 Rush Landing Road,
4    P.O. Box 6169, Novato, California 94948-6169.

5    On ___7-7-03___, I served the within:

6    ORDER APPOINTING ANNE CROWE AS SUCCESSOR-IN-INTEREST TO,
     AND SUBSTITUTE SUCCESSOR-IN-INTEREST FOR, DECEASED
7    PLAINTIFF AND GRANTING LEAVE TO FILE FIRST AMENDED
     COMPLAINT

8    on the interested parties in this action by transmitting a true copy thereof in the following
9    manner.

10   I caused each of the above document(s) to be placed in a sealed envelope, postage
     thereon prepaid, addressed and served as follows;
11
     SEE ATTACHED LIST
12

13                    BY MAIL SERVICE:          I am readily familiar with the business practice at
14                                              my place of business for collection and processing
                                                of correspondence for delivery by mail.
15                                              Correspondence so collected and processed is
                                                deposited with the United States Postal Service on
16                                              the same day in the ordinary course of business.
                                                On the above date the said envelope was collected
17                                              for the United States Postal Service following
                                                ordinary business practices.

18                    Executed ___7-7-03___, at Novato, California.

19          I declare under penalty of perjury under the laws of the State of California that
20   the foregoing is true and correct.

21

22                                              Jennifer S. Harwood

23

24

25

26

27

28   Joseph Crowe, Jr., et al v. Asbestos Defendants (BHC)
     San Francisco Superior Court Case No. 414146

     PROOF OF SERVICE BY MAIL

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

A-19

Created by: LitSuppor    ServiceList
Matter Number: 28884.01 Crowe , Joseph L. Jr. (D)

Bridgestone/Firestone North America
Beckerman, Lasnett & Schweitzer
2200 Powell Street
Suite 805
Emeryville, CA 94608
510-658-3000    510-658-3151

Gatke Corporation
Bennett, Samuelsen, et al.
Richard Reynolds, Esq.
1951 Webster St., Ste. 200
Oakland CA 94612
510-444-7688    510-444-5849

Berry & Berry
Berry & Berry
P. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330    510-835-5117

Aircraft Braking Systems Corporation
Burke, Williams & Sorensen
450 Sansome Screws, Suite 1200
San Francisco, CA 94111
415-955-1100    415-982-0824

Goodyear Tire & Rubber Company
Burke, Williams & Sorensen
450 Sansome Street, Suite 1200
San Francisco, CA 94111
415-955-1100    415-982-0824

The Lockheed Martin Corporation
Burke, Williams & Sorensen
450 Sansome Street, Suite 1200
San Francisco, CA 94111
415-955-1100    415-982-0824

Lockheed Martin Tactical Systems,
Burke, Williams & Sorensen
450 Sansome Street, Suite 1200
San Francisco, CA 94111
415-955-1100    415-982-0824

Ithorpe Insulation Company
Fox, Shields, et al.
1770 South El Camino Real
6th Floor
San Mateo, CA 94402
650-341-2901    650-341-2258

Goodrich Corporation
Glaspy & Glaspy
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300    925-947-1594

General Motors Corporation
Grace, Genson, Cosgrove & Schirm
444 South Flower Street
Suite 1100
Los Angeles, CA 90071
213-533-5800    213-533-5444

Thorpe Insulation Company
Hildebrand & Lucky
751 West B Street
San Pedro, CA 90731
310-548-7882    310-548-4148

Foster Wheeler Corporation
Jackson & Wallace
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300    415-982-6700

Fibot Insulation Company
Jackson & Wallace
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300    415-982-6700

Northrop Grumman Corporation
McKenna Long & Aldridge
One Market, Spear Tower
Suite 2500
San Francisco, CA 94105-1475
415-267-4000    415-267-4198

Honeywell International, Inc.
Perkins Coie LLP
180 Townsend St., 3rd Flr.
San Francisco, CA 94107
415-344-7000    415-344-7050

Gatke Corporation
Sedgwick, Detert, et al.
One Embarcadero Center
16th Floor
San Francisco, CA 94111
415-781-7900    415-781-2635

Pneumo Abex Corporation
Stevens, Drummond & Gifford
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550    925-256-9669

DaimlerChrysler Corporation
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-371-1211

Ford Motor Company
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-371-1211

Rapid-American Corporation
Thelen, Reid & Priest, LLP
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200    415-371-1211

Quintec Industries, Inc.
Walsworth, Franklin, Bevins & McCa
530 Montgomery Street
Eighth Floor
San Francisco, CA 94133
415-781-7072    415-391-6258

A-20

DAVID R. DONADIO, ESQ., S.B. #154436
NANCY T. WILLIAMS, ESQ., S.B. #201095
BRAYTON❖PURCELL
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169

Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Attorneys for Plaintiffs

ENDORSED
FILED
San Francisco County Superior Court

JUN 9 - 2003

GORDON PARK-LI, Clerk
BY: ___ CRISTINA E. BAUTISTA
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

JOSEPH CROWE, JR., and
ANNE CROWE,

Plaintiffs,

vs.

ASBESTOS DEFENDANTS (BHC)

No. 414146

DECLARATION OF ANNE CROWE
UNDER C.C.P. § 377.32

The undersigned hereby declares:

1.    I, ANNE CROWE, am over the age of 18 years and the surviving spouse of decedent JOSEPH CROWE.

2.    I make this declaration pursuant to Code of Civil Procedure Section 377.32 to allow me to continue and/or commence any and all actions related to decedent's exposure to asbestos which survive his death.

3.    The name of the decedent is JOSEPH CROWE.

4.    Decedent died in Port Angeles, Washington on February 22, 2003.

5.    No proceeding is now pending in California for the administration of decedent's estate.

6.    The declarant is authorized to act on behalf of the decedent's successor-in-interest (as defined in §377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the action or proceeding.

DECLARATION OF ANNE CROWE UNDER C.C.P. §377.32

A-21

1       7.    No other person has a superior right to commence and/or continue the action or

2  proceeding or to be substituted for the decedent in the pending action or proceeding.

3       8.    A certified copy of decedent's death certificate is attached.

4      I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct and that this declaration was executed on 3-7-03 , at

6  Port Angeles, Washington.

7

8

9

10                            Anne Crowe

11                         Anne Crowe

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ANNE CROWE UNDER C C P. §377.32

                           A-22

DEPARTMENT OF HEALTH

**CERTIFICATE OF DEATH**

146                STATE FILE NUMBER

LOCAL FILE NUMBER

UU71

| 1. Name | First | Middle | Last | | 2. SEX (M or F) | 3. DEATH DATE (mo. Day. Yr) |
|---|---|---|---|---|---|---|
| | Joseph | Lawrence | Crowe, Jr. | | Male | 2-22-2003 |

| 4. AGE LAST BIRTH | | 5. UDER 1 YEAR | 6. UNDER 1 DAY | 7. BIRTHDATE (mo. Day. Yr.) | 8. BIRTHPLACE (City, State or Foreign Country) | 9. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes / No) | 10. COUNTY OF DEATH |
|---|---|---|---|---|---|---|---|
| 52 | MOS | DAYS | HOURS | 6-10-1940 | Greenburg, PA | Yes | Clallam |

| 11. CITY TOWN OR LOCATION OF DEATH | 12. PLACE OF DEATH — IF BOX FOR PLACE THEN GIVE ADDRESS OR INSTITUTION NAME: HOME  DOA TRANSPORT  EMERG R/OUT PT  OTHER  OUR HOME  OTHER PLACE | 13. SMOKING IN LAST 15 YEARS? (Yes / No) |
|---|---|---|
| Port Angeles | 392 Strait View Drive | No |

| 14. MARITAL STATUS | 15. SURVIVING SPOUSE (if wife, give maiden name) | 16. SOCIAL SECURITY NO. | 17. DECEDENT'S EDUCATION |
|---|---|---|---|
| Married | Anne B. O'Mahony | 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 | 5+ |

| 18. USUAL OCCUPATION (Give kind of work done during most of working life. DO NOT USE RETIRED) | 19. KIND OF BUSINESS OR INDUSTRY | 20. Was Decedent of Hispanic origin or descent? (Yes / No) Specify | 21. RACE (Specify) |
|---|---|---|---|
| Pilot | US Coast Guard | No | White |

| 22. RESIDENCE — NUMBER AND STREET | 23. CITY/TOWN OR LOCATION | 24. INSIDE CITY LIMITS? (Yes/No) | 25A. COUNTY | 26A. LENGTH OF RES. IN CO. | 26. STATE | 27. ZIP CODE |
|---|---|---|---|---|---|---|
| 392 Strait View Drive | Port Angeles | No | Clallam | 13 yrs. | WA | 98362 |

| 28. FATHER'S NAME — FIRST, MIDDLE, LAST | 29. MOTHER'S NAME — FIRST, MIDDLE, MAIDEN SURNAME |
|---|---|
| Joseph Lawrence Crowe, Sr. | Sara Griffith |

| 30. INFORMANT — NAME | 31. MAILING ADDRESS | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| Anne Crowe | 392 Strait View Drive | Port Angeles | WA | 98362 |

| 32. BURIAL, CREMATION REMOVAL, OTHER (Specify) | 33. DATE (mo. Day. Yr.) | 34. CEMETERY/CREMATORY OR NAME | 35. LOCATION — CITY/TOWN, STATE |
|---|---|---|---|
| Cremation | 2-25-2003 | Drennan-Ford Crematory | Port Angeles, WA 98362 |

| 36. FUNERAL DIRECTOR | 37. NAME OF FACILITY | 38. ADDRESS OF FACILITY |
|---|---|---|
| X Jeff Di Donato 2054 | Drennan-Ford Funeral Home & Crematory | 260 Monroe Rd. Port Angeles, WA 98362 |

TO BE COMPLETED ONLY BY CERTIFYING PHYSICIAN                TO BE COMPLETED ONLY BY MEDICAL EXAMINER OR CORONER

39. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND WAS DUE TO THE CAUSE/S STATED.      40. ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION DEATH OCCURRED AT THE TIME, DATE AND PLACE AND WAS DUE TO THE CAUSE/S STATED.

| SIGNATURE AND TITLE | | SIGNATURE AND TITLE |
|---|---|---|
| X   Daniel Selove   MD | | X |

| 41. DATE SIGNED (mo. Day. Yr) | 42. HOUR OF DEATH (24 HR.) | 43. DATE SIGNED (mo. Day. Yr) | 44. HOUR OF DEATH (24 HR.) |
|---|---|---|---|
| 2-23-2003 | 0600 | | |

| 45. NAME AND TITLE OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 46. PRONOUNCED DEAD (mo. Day. Yr) | 47. HOUR PRONOUNCED DEAD (24 HR.) |
|---|---|---|

| 48. NAME AND ADDRESS OF CERTIFIER — PHYSICIAN, MEDICAL EXAMINER OR CORONER (Type or Print) | 49. MED/CORONER'S FILE NUMBER |
|---|---|
| Daniel Selove, MD – 3031 Kromer Avenue, Everett, WA 98201 | |

50. ENTER THE DISEASES, INJURIES, OR COMPLICATIONS WHICH CAUSED THE DEATH:

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | | | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| a. mesothelioma with extensive metastases | | | years |
| DO NOT ENTER THE MODE OF DYING, SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.  DUE TO, OR AS A CONSEQUENCE OF: | b. | | INTERVAL BETWEEN ONSET AND DEATH |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST.  DUE TO, OR AS A CONSEQUENCE OF: | c. | | INTERVAL BETWEEN ONSET AND DEATH |
| | DUE TO, OR AS A CONSEQUENCE OF: | d. | | INTERVAL BETWEEN ONSET AND DEATH |

| 51. OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVE ABOVE | 52. AUTOPSY? (Yes / No) | 53. WAS CASE REFERRED TO MEDICAL EXAMINER OR CORONER? (Yes / No) |
|---|---|---|
| | Yes | No |

| 54. ACC. SUICIDE, HOM, UNDET OR PENDING INVEST (Specify) | 55. INJURY DATE (mo. Day. Yr.) | 56. HOUR OF INJURY (24 HR.) | 57. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 58. INJURY AT WORK? (Yes / No) | 59. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE BLDG, ETC (Specify) | 60. LOCATION — STREET AND NO., CITY/TOWN, STATE |
|---|---|---|

| 61. RECORD AMENDMENT (Registrar use only) | | | | 62. DATE RECEIVED |
|---|---|---|---|---|
| ITEM | DOCUMENT ART EVIDENCE | REVIEWED BY | DATE | |
| X | | | | FEB 2 4 2003 |

FOR INSTRUCTIONS SEE BACK AND HANDBOOK                DOH 110-054 (Rev. 1/91) Former 1

A

THIS IS A CERTIFIED COPY FOR THIS RECORD ON FILE WITH THE CENTER FOR HEALTH STATISTICS CERTIFIED COPIES DISPLAY THE

A-23

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

OCT 2 9 2002

GORDON PARK-LI, CLERK
BY: _____ PARAM NATT
Deputy Clerk

1 DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL
2 Attorneys at Law
222 Rush Landing Road
3 P.O. Box 6169
Novato, California 94948-6169
4 (415) 898-1555

5 Attorneys for Plaintiffs

6

7

8 SUPERIOR COURT OF CALIFORNIA

9 COUNTY OF SAN FRANCISCO

10

11 JOSEPH CRONE, JR., and
ANNE CROWE,                          No. 414146

12
                Plaintiffs,          PRELIMINARY FACT SHEET/NEW
13                                   FILING/ASBESTOS LITIGATION
     vs.
14
     ASBESTOS DEFENDANTS (BHC)       (See General Order No. 129, In Re:
15                                   Complex Asbestos Litigation)

16

17                           NOTICE

18 TO NEW DEFENDANTS SERVED IN COMPLEX ASBESTOS LITIGATION IN THE
   SUPERIOR COURT IN AND FOR THE STATE OF CALIFORNIA, CITY AND COUNTY OF
19 SAN FRANCISCO

20        You have been served with process in an action which has been designated by the Court
   as complex litigation pursuant to Standard 19 of the Standards of Judicial Administration. This
21 litigation bears the caption "In Re: Complex Asbestos Litigation", [San Francisco Superior
   Court No. 828684].
22
          This litigation is governed by various general orders, some of which affect the judicial
23 management and/or discovery obligations, including the responsibility to answer interrogatories
   deemed propounded in the case. You may contact the Court or Designated Defense Counsel,
24 Berry & Berry, P.O. Box 16070, 2930 Lakeshore Avenue, Oakland, CA 94610; Telephone:
   (510) 835-8330; FAX: (510) 835-5117, for further information and/or copies of these orders, at
25 your expense.

26 1. State the complete name and address of each person whose claimed exposure to asbestos is

27 the basis of this lawsuit ("exposed person"): Joseph Crone, Jr., 392 Strait View Drive, Port

28 Angeles, Washington 98362.

   PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

A-24

1  2. Does plaintiff anticipate filing a motion for a preferential trial date within the next four

2  months?      __X__ Yes                          ____ No

3  [If yes, the action will be governed by General Order No. 140; if no, the action will be governed

4  by General Order No. 129.]

5  3. Date of birth of each exposed person in item one and, if applicable, date of death:

6              Date of Birth:  __6/10/40__

7              Date of Death:  ___N/A___

8  Social Security Number of each exposed person:

9              ___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___

10  4. Specify the nature or type of asbestos-related disease alleged by each exposed person.

11      ____ Asbestosis                    __X__ Mesothelioma

12      ____ Pleural Thickening/Plaques        ____Other Cancer: Specify:_____

13      ____ Lung Cancer Other Than Mesothelioma        ____ Other: Specify:_____

14  5. For purposes of identifying the nature of exposure allegations involved in this action, please

15  check one or more:

16      __X__ Shipyard          __X__ Construction        ____ Friction-Automotive

17      ____ Premises          ____ Aerospace        __X__ Military

18      __X__ Other: Specify all that apply: ___Friction-Aircraft___

19  If applicable, indicate which exposure allegations apply to which exposed person.

20  6. Identify each location alleged to be a source of an asbestos exposure, and to the extent known,

21  provide the beginning and ending year(s) of each such exposure. Also specify each exposed

22  person's employer and job title or job description during each period of exposure. (For example:

23  "San Francisco Naval Shipyard - Pipefitter - 1939-1948"). Examples of locations of exposure

24  might be a specific shipyard, a specific railroad maintenance yard, or perhaps more generalized

25  descriptions such as "merchant marine" or "construction". If an exposed person claims exposure

26  during only a portion of a year, the answer should indicate that year as the beginning and ending

27  year (e.g., 1947-1947).

28  ///

A-25

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Coast Guard | U.S. Coast Guard Academy, New London, CT • Barracks 3 and 4; CGC EAGLE (AM-132); CGC CASCO (AVP-12); CGC ABSECON (AVP-23); CGC ROCKAWAY (AVP-29); CGC YAKUTAT (AVP-32) | Cadet | 1958-1962 |
| | Curtis Bay Yard, Baltimore, MD; CGC CONIFER | Trainee | 1962 (mid-summer) -1964 |
| | Naval Air Station, Pensacola, FL • Mainside • Sherman Field • Ellyson Field; Naval Air Station, Whiting Field, Milton, FL | Trainee | 1964-1965 |
| | U.S. Coast Guard Air Station, San Francisco, CA (Berthing Facility) • Building F | Helicopter Pilot | 1965-1968 |

(Attach Additional Pages, If Necessary) SEE ATTACHED CONTINUATION

7. For each exposed person who:

    a. worked in the United States or for a U.S. agency outside the territorial United States, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Earnings authorization (Exhibit N-4 to General Order No. 129);

    b. may have had a Social Security disability award or is no longer employed and whose last employment was not with a United States government agency, attach to the copy of this fact sheet provided to Designated Defense Counsel a fully executed Social Security Disability authorization (Exhibit N-5 to General Order No. 129);

    c. served at any time in the United States military, attach to the copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of the stipulation (Exhibit N-3 to General Order No. 129);

///

A-26

1       d. was employed by the United States government in a civilian capacity, attach to the

2  copy of this fact sheet provided to Designated Defense Counsel two fully executed originals of

3  the stipulation (Exhibit N-3 to General Order No. 129).

4  8. If there is a wrongful death claim, attach to the copy of this fact sheet provided to Designated

5  Defense Counsel a copy of the death certificate, if available. If an autopsy report was done, also

6  attach a copy of it to the copy of this fact sheet provided to Designated Defense Counsel.

7  9. State the date of the filing of the initial complaint in this matter:

8       OCT. 29, 2002

9

                               By: _____

10                                       Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         4

PRELIMINARY FACT SHEET/NEW FILING/ASBESTOS LITIGATION

A-27

| Employer | Location of Exposure | Job Title | Exposure Dates |
|---|---|---|---|
| U.S. Coast Guard (cont'd.) | U.S. Air Force, Da Nang Air Force Base, Da Nang, Vietnam | Helicopter Pilot | 1971-1972 |
| | Coast Guard Air Station, Cape Cod, MA | Helicopter Pilot | 1972-1976; 1986-1988 |
| | U.S. Coast Guard, Annette, AK | Helicopter Pilot | 1977-1978 |
| | U.S. Coast Guard, Port Angeles, CA | Helicopter Pilot | 1981-1983 |
| | U.S. Coast Guard, various locations including, but not limited to: U.S. Air Force, Pope AFB, Fort Bragg, NC; Portsmouth Naval Shipyard, Portsmouth, NH; Naval Air Station, Key West, FL; U.S. Coast Guard, South America | Helicopter Pilot | 1983-1986 |
| | 11ª Coast Guard District, Long Beach, CA | Managing Director | 1988-1990 |

NON-OCCUPATIONAL EXPOSURE:

Plaintiff recalls living in a home built in the 1930s from 1940 to 1958. Plaintiff recalls that this home at 70 Chestnut Street, Weston, Massachusetts, was heated by a coal furnace and a boiler. Plaintiff recalls emptying the coal bin which was near the boiler. Plaintiff currently contends that he may have been exposed to asbestos during this time.

Plaintiff recalls performing minor repair and maintenance work on five or six houses during his lifetime. Plaintiff recalls renovating a staircase at 1 Pheasant Lane, Sandwich, Massachusetts, in the early 1970s. Plaintiff currently contends that he may have been exposed to asbestos while performing this work.

Plaintiff recalls performing brake work on automobiles on approximately one or two occasions during the late 1950s or early 1960s. Plaintiff currently contends that he may have been exposed to asbestos while performing this work.

A-28

EXHIBIT B


CT System

**Service of Process Transmittal Form**
Los Angeles, California

08/18/2004

Via Federal Express (2nd Day)

TO: Sandra Jack Chief Paralegal
Textron Inc.
40 Westminster Street
Providence, RI 02903-0000

RE: **PROCESS SERVED IN CALIFORNIA**

FOR   AVCO CORPORATION Domestic State: De

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| 1. TITLE OF ACTION: | Anne Crowe vs Asbestos Defendants (BP), et al incl. Avco Corporation |
| 2. DOCUMENT(S) SERVED: | Summons, Notice to Plaintiff, Civil Cover Sheet, First Amended Complaint, Exhibits, Declaration, Certificate of Death, Preliminary Fact Sheet, Answers to Interrogatories, Amendment to Complaint |
| 3. COURT: | Superior Court of California, County of San Francisco Case Number CGC02414146 |
| 4. NATURE OF ACTION: | Complaint for personal injury/wrongful death due to exposure to asbestos and related materials. Seeking damages as described, cause and further relief. |
| 5. ON WHOM PROCESS WAS SERVED: | CT Corporation System, Los Angeles, California |
| 6. DATE AND HOUR OF SERVICE: | By Process server on 08/18/2004 at 12:10 |
| 7. APPEARANCE OR ANSWER DUE: | Within 30 days |

8. ATTORNEY(S):  David R. Donadio
Brayton Purcell
222 Rush Landing Rd.
415-898-1555
Novato, CA 94945-2469

9. REMARKS:   I-Note sent 08/18/2004 to SJACK@TEXTRON.COM

SIGNED   CT Corporation System

PER   Jere Keprios /GJ
ADDRESS   818 West Seventh Street
Los Angeles, CA 90017
SOP WS 0006543029

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

B-1

S   MONS ON FIRST AMENDED   PLAINT
(CITATION JUDICIAL)

NOTICE TO DEFENDANT:(Aviso a Acusado)
ASBESTOS DEFENDANTS (B✦P)
As Reflected on Exhibits B, C, H and I; and DOES 1-8500.
and SEE ATTACHED LIST.

AUG 18 2004

at 12:10
mw

YOU ARE BEING SUED BY PLAINTIFF:
(A Ud. le está demandando)
ANNE CROWE, Individually, and as Successor-in-Interest to JOSEPH
CROWE, Deceased; and ANNE CROWE, JULIE SHIELDS, JOSEPH
CROWE, III, and SEAN CROWE, as Legal Heirs of JOSEPH CROWE,
Deceased.

| | |
|---|---|
| You have 30 CALENDAR DAYS after this Summons is served on you to file a typewritten response at this court. | Después de que le entreguen esta citación judicial usted tiene un plazo de 30 DIAS CALENDARIOS para presentar una respuesta escrita a máquina en esta corte. |
| A letter or phone call will not protect you; your typewritten response must be in proper legal form if you want the court to hear your case. | Una carta o una llamada telefónic no le ofrecerá protección; su respuesta escrita a máquina tiene que cumplir con las formalidades legales apropiadas si usted quiere que la corte escuche su caso. |
| If you do not file your response on time, you may lose the case, and your wages, money and property may be taken without further warning from the court. | Si usted no presenta su respuesta a tiempo, puede perder el caso, y le pueden quitar su salario, su dinero y otras cosas de su propiedad sin aviso adicional por parte de la corte. |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). | Existen otros requisitos legales. Puede que usted quiera llamar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de ayuda legal (vea el directorio telefónico). |

The name and address of the court is: (El nombre y dirección de la corte es)    CASE NUMBER (Numero del Caso)    414146
SAN FRANCISCO COUNTY SUPERIOR COURT
400 McAllister Street
San Francisco, CA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección de teléfono del abogado del demandante, o del demandante que no tien abogado, es)

DAVID R. DONADIO, ESQ., STATE BAR NO. 154435
BRAYTON✦PURCELL
222 Rush Landing Road
Novato, CA 94948-6169          (415) 898-1555    GORDON PARK-LI          Cristina Bautista

DATE:   JUL 2 - 2003 GORDON PARK-LI     Clerk, by _Cristina Bautista_     Deputy
(Fecha)                                                                    (Deeguad)

NOTICE TO PERSON SERVED: You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of (specify): DOE #5
3. ☒ on behalf of (specify): AVCO Corporation
   under ☒ CCP 416.10 (corporation)          ☐ CCP 416.60(minor)
         ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association of partnership) ☐ CCP 416.90 (individual)
         ☐ other:
4. ☒ by personal delivery on (date):     AUG 1 8 2004

Form Adopted by Rule 982
Judicial Council of California    "Mandatory Form"
982(a)(3)(Rev January 1, 1984)

(See reverse for proof of Service)
SUMMONS ON FIRST AMENDED COMPLAINT

CCP 412 17
CEB

B-2

1  ASBESTOS CORPORATION LIMITED
   BELL ASBESTOS MINES LTD.
2  THOMAS DEE ENGINEERING CO., INC.
   FOSTER WHEELER CORPORATION
3  GARLOCK SEALING TECHNOLOGIES, LLC
   MACARTHUR COMPANY
4  OWENS-ILLINOIS, INC.
   PLANT INSULATION COMPANY
5  QUINTEC INDUSTRIES, INC.
   RAPID-AMERICAN CORPORATION
6  THORPE INSULATION COMPANY
   WESTERN MACARTHUR COMPANY
7  WESTERN ASBESTOS COMPANY
   PNEUMO ABEX CORPORATION
8  HONEYWELL INTERNATIONAL, INC.
   THE BUDD COMPANY
9  DAIMLERCHRYSLER CORPORATION
10 DANA CORPORATION
   FORD MOTOR COMPANY
11 BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC
   GENERAL MOTORS CORPORATION
12 LEAR-SIEGLER DIVERSIFIED HOLDINGS CORP.
   MAREMONT CORPORATION
13 STUART-WESTERN, INC.
   PARKER-HANNIFIN CORPORATION
14 STANDARD MOTOR PRODUCTS, INC
   MORTON INTERNATIONAL, INC.
15 GATKE CORPORATION
   BRASSBESTOS BRAKE LINING COMPANY
16 H. KRASNE MANUFACTURING COMPANY
   RITESET MANUFACTURING COMPANY
17 AUTO SPECIALTIES, INC.
   METALCLAD INSULATION CORPORATION
18 AIRCRAFT BRAKING SYSTEMS CORPORATION
19 LOCKHEED MARTIN TACTICAL SYSTEMS, INC.
   GOODRICH CORPORATION
20 NORTHROP GRUMMAN CORPORATION
   C.C. MOORE & CO. ENGINEERS
21 ASBESTOS MANUFACTURING COMPANY
   FIBRE & METAL PRODUCTS COMPANY
22 LASCO BRAKE PRODUCTS
   L.J. MILEY COMPANY
23 ROSSENDALE-RUBOIL COMPANY
   SOUTHERN FRICTION MATERIALS COMPANY
24 U.S. SPRING & BUMPER COMPANY
   AUTO FRICTION CORPORATION
25 EMSCO ASBESTOS COMPANY
   FORCEE MANUFACTURING CORPORATION
26 MOLDED INDUSTRIAL FRICTION CORPORATION
27 NATIONAL TRANSPORT SUPPLY, INC.
   SILVER LINE PRODUCTS, INC.
28

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O. Box 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

10
FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH - ASBESTOS

B-3

1  STANDCO, INC.
   UNIVERSAL FRICTION MATERIALS COMPANY
2  WHEELING BRAKE BLOCK MANUFACTURING COMPANY
   METROPOLITAN LIFE INSURANCE COMPANY
3  AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS, INC.
   UNDERWRITERS LABORATORIES, INC.
4  and DOES 1-820,
                                    Defendants.
5

6

7

8

9

10

11  Anne Crowe, et al. vs. Asbestos Defendants (BHC)
    San Francisco San Francisco Superior Court No. 414146
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E:\home\JDTHK\OLWP\14MD-WTBILC.wpd
FIRST AMENDED COMPLAINT FOR SURVIVAL, LOSS OF CONSORTIUM, WRONGFUL DEATH -
ASBESTOS

B-4

CASE NUMBER: CGC-02-414146  JOSEPH CROWE JR VS. ASBESTOS DEFENDANTS (BHC'

## NOTICE TO PLAINTIFF

This case is assigned to Plan II.  A Case Management Conference is set for:

DATE:   DEC-16-2003

TIME:   1:30PM

PLACE:  Department 206
        400 McAllister Street
        San Francisco, CA 94102-3880

All parties must appear and comply with Local Rule 3.3 and 3.4 (Effective July 1, 1998) (Revised January 1, 2002)

> No later than 15 calendar days before the Case Management Conference all parties must file a Case Management Statement (CM-110) and lodge a courtesy copy in Department 212.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint.  Proof of service subsequently filed with this court shall so state.

## NOTICE TO DEFENDANT

This Notice does not effect defendant's obligation to file a response to the complaint within **thirty (30) Days after service** , as indicated on the summons.

B-5

CASE NUMBER: CGC-02-414146  JOSEPH CROWE JR VS. ASBESTOS DEFENDANTS (BHC)

## NOTICE TO PLAINTIFF

This case is assigned to Plan II.  A Case Management Conference is set for:

DATE:    DEC-18-2003

TIME:    1:30PM

PLACE:   Department 206
         400 McAllister Street
         San Francisco, CA  94102-3680

All parties must appear and comply with Local Rule 3.3 and 3.4 (Effective July 1, 1998) (Revised January 1, 2002)

> No later than 15 calendar days before the Case Management Conference all parties must file a Case Management Statement (CM-110) and lodge a courtesy copy in Department 212.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint.  Proof of service subsequently filed with this court shall so state.

## NOTICE TO DEFENDANT

This Notice does not effect defendant's obligation to file a response to the complaint within thirty (30) Days after service , as indicated on the summons.

B-6